IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| BRUCE A. REECE and DANIELLE A. REECE, | ) ) ) | |
| Plaintiffs, | ) ) | TC-MD 160387G |
| v. | ) ) | |
| DEPARTMENT OF REVENUE, State of Oregon, | ) ) ) | |
| Defendant. | ) | **DECISION OF DISMISSAL** |

This matter came before the court on its Order Dismissing Complaint, entered January 23, 2019, incorporated herein by reference. The court did not receive a statement for costs and disbursements within 14 days of its Order Dismissing Complaint. *See* Tax Court Rule – Magistrate Division (TCR-MD) 16 C(1). Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiffs' Complaint be dismissed.

Dated this ___ day of February 2019.

_____
POUL F. LUNDGREN
MAGISTRATE

*If you want to appeal this Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of this Decision of Dismissal or this Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was signed by Magistrate Poul F. Lundgren and entered on February 13, 2019.*